IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM DARYN BROWN, 12068483, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:13-CV-651-L |
| ) | |
| DALLAS COUNTY DISTRICT ATTORNEY, ) | |
|     Respondent. ) | |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to the provisions of 28 U.S.C. § 636(b), and an order of the District Court in implementation thereof, this has been referred to the United States Magistrate Judge. The findings, conclusions and recommendation of the Magistrate Judge are as follows:

Type of Case: Petitioner is proceeding *pro se* and has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Findings and Conclusions: At the time Petitioner filed this petition, he was a pre-trial detainee in the Dallas County Jail. He argues Respondent violated his right to an examining trial in *State of Texas v. William Daryn Brown*, No. F12-61278, Dallas County, Texas.

On March 12, 2013, the state dismissed the charges against Petitioner. His claim for an examining trial is therefore moot. His petition should be dismissed.

RECOMMENDATION

For the foregoing reasons, the Court recommends that the petition for writ of habeas corpus be dismissed as moot.

Signed this 26th day of July, 2013.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

NOTICE

A copy of this report and recommendation shall be served on all parties in the manner provided by law.  Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy.  *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b).  In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found.  An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.  Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error.  *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).